**Tyson Lavel MELTON, Sr.,
Plaintiff–Appellant,**

v.

**UNITED STATES of America, Executive Branch, Legislative Brand and Judicial Branch, Defendant–Appellee.**

No. 14–2244.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 25, 2015.

Decided: March 3, 2015.

Tyson LaVel Melton, Sr., Appellant Pro Se.

Before NIEMEYER, KING, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyson Lavel Melton, Sr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Melton v. United States,* No. 1:14–cv–03112–JFM (D.Md. Nov. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*